1564

## RECONSIDERATION OF PRIOR DECISIONS

2004–0478.   State ex rel. S. Rosenthal Co., Inc. v. Indus. Comm.
Franklin App. No. 03AP–113, 2004-Ohio-549. Reported at 105 Ohio St.3d 176, 2005-Ohio-1148, 824

N.E.2d 67. On motion for reconsideration. Motion denied.

RESNICK and PFEIFER, JJ., dissent.